Honorable James L. Robart

1

2

3

4

5

6                        UNITED STATES DISTRICT COURT
7                      WESTERN DISTRICT OF WASHINGTON
                                AT SEATTLE
8

9   UNITED STATES FOR THE USE AND
    BENEFIT OF ROCK SUPREMACY, LLC, an          No. 2:18-cv-1698-JLR
10  Oregon Limited Liability Company,

11                      Plaintiff,              **STIPULATION TO EXTEND
                                                INITIAL DISCLOSURE
12       v.                                     DEADLINE AND ~~PROPOSED~~
                                                ORDER**
13  S.E.A. CONSTRUCTION, LLC, doing business
    as S.E.A. Construction LLC, a Washington
14  limited liability company; and TRAVELERS
    CASUALTY & SURETY COMPANY OF
15  AMERICA BOND #106735800,

16                      Defendants.

17

18

19                              **STIPULATION**

20       The parties stipulate to the amendment of the initial disclosure deadline set in the

21  Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. *See*

22  Dkt. 10.  The parties seek this amendment primarily because of the timing for S.E.A.

23  Construction to file its Answer and Counterclaims and because Rock Supremacy's counsel is

24  currently out of the office.  The Court has not set a trial date.  The parties stipulate to and

25  respectfully request that the Court impose the deadline set forth below:

26       Initial Disclosures Pursuant to FRCP 26(a)(1)              March 6, 2019

27

STIPULATION EXTENDING
INITIAL DISCLOSURE DEADLINE                     Davis Wright Tremaine LLP
(USDC NO. 2:18-CV-1698-JLR) - 1                        LAW OFFICES
                                                920 Fifth Avenue, Suite 3300
                                                   Seattle, WA 98104-1610
                                          206.622.3150 main · 206.757.7700 fax

Presented this 26th day of February, 2019.

| | |
|---|---|
| Davis Wright Tremaine LLP<br>Attorneys for Defendant S.E.A.<br>Construction, LLC | Zoretic Law, PLLC<br>Attorneys for Plaintiff Rock Supremacy,<br>LLC. |

By *s/ Sarah Cox*                     By *s/ Mike Zoretic*

   Sarah E. Cox, WSBA #46703            Mike Zoretic, WSBA #21221

   James Howard, WSBA #37259           P.O. Box 427

   920 Fifth Ave., Ste. 3300               Pateros, WA 98846

   Seattle, WA 98104-1610               (206) 465-8109

   (206) 622-3150                       mike@zoreticlaw.com

   (206) 757-7700

   sarahcox@dwt.com

   jameshoward@dwt.com

## ORDER

Based on the Stipulation of Parties, it is hereby ORDERED that the pre-trial deadline

for Initial Disclosures is as follows:

Initial Disclosures Pursuant to FRCP 26(a)(1)            March 6, 2019.

DATED this 27th day of Febanary, 2019.

                        The Honorable James Robart

                        United States District Judge

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

### CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2019, I electronically filed the foregoing

**STIPULATION AND PROPOSED ORDER EXTENDING INITIAL DISCLOSURE**

**DEADLINE** with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to those attorneys of record registered on the CM/ECF system.  All

other parties (if any) will be served in accordance with the Federal Rules of Civil Procedure.

Dated this 26th day of February, 2019.

By *s/ Sarah Cox*
Sarah Cox, WSBA #46703

STIPULATION EXTENDING
INITIAL DISCLOSURE DEADLINE
(USDC NO. 2:18-CV-1698-JLR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax