Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF ROCK SUPREMACY, LLC, an Oregon Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>S.E.A. CONSTRUCTION, LLC, doing business as S.E.A. Construction LLC, a Washington limited liability company; and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA BOND #106735800,<br><br>Defendants. | No. 2:18-cv-1698-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION OF DISMISSAL WITH PREJUDICE |



Pursuant to Fed. R. Civ. P. 41 and LCR 7(d)(1), Plaintiff United States for the Use and Benefit of Rock Supremacy, LLC's claims against Defendants S.E.A. Construction, LLC and Travelers Casualty & Surety Company of America Bond #106735800, and Defendants S.E.A. Construction, LLC's and Travelers Casualty & Surety Company of America Bond #106735800's claims against Plaintiff United States for the Use and Benefit of Rock Supremacy, LLC, are dismissed with prejudice, and without an award of fees, costs, or expenses to either party.

[PROPOSED] ORDER GRANTING STIPULATED
MOTION OF DISMISSAL WITH PREJUDICE - 1
(NO. 2:18-CV-1698-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  IT IS SO ORDERED.

2  DATED this 20th day of February, 2020.

*[Signature]*

Honorable James L. Robart
U.S. District Court Judge

[PROPOSED] ORDER GRANTING STIPULATED
MOTION OF DISMISSAL WITH PREJUDICE - 2
(NO. 2:18-CV-1698-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Presented by:

**Davis Wright Tremaine LLP**
Attorneys for Defendants

By *s/ Sarah Cox*
    Sarah E. Cox, WSBA #46703
    James Howard, WSBA #37259
    920 Fifth Ave., Ste. 3300
    Seattle, WA 98104-1610
    (206) 622-3150
    (206) 757-7700
    sarahcox@dwt.com
    jameshoward@dwt.com

**Zoretic Law, PLLC**
Attorneys for Plaintiff Rock Supremacy, LLC

By *s/ Mike Zoretic*
    Mike Zoretic, WSBA #21221
    P.O. Box 427
    Pateros, WA 98846
    (206) 465-8109
    mike@zoreticlaw.com

[PROPOSED] ORDER GRANTING STIPULATED
MOTION OF DISMISSAL WITH PREJUDICE - 3
(NO. 2:18-CV-1698-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020, I electronically filed the foregoing **ORDER GRANTING STIPULATED MOTION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) will be served in accordance with the Federal Rules of Civil Procedure.

Dated this 18th day of February, 2020.

By *s/ Sarah Cox*
Sarah Cox, WSBA #46703

[PROPOSED] ORDER GRANTING STIPULATED
MOTION OF DISMISSAL WITH PREJUDICE - 4
(NO. 2:18-CV-1698-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax